IMRAN ALAM, )
    Petitioner, )
 )
v. )   No. 1:09cv114
 )   (1:07cr119)
UNITED STATES OF AMERICA, )
    Respondent. )

## ORDER

The matter is before the Court on petitioner Imran Alam's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, for ineffective assistance of counsel.

For the reasons stated in the accompanying Memorandum Opinion of even date,

It is hereby **ORDERED** that petitioner's motion to vacate, set aside, or correct sentence pursuant to § 2255 is **GRANTED**; accordingly, petitioner's conviction and sentence are **VACATED**, and the Clerk is **DIRECTED** to return No. 1:07cr119 to the Court's active docket and schedule the case for trial during the September 2009 term in the Asheville Division.

The Clerk is directed to send a copy of this Order and the Memorandum Opinion to all counsel of record.

June 23, 2009                                                T. S. Ellis, III
Alexandria, VA                                          United States District Judge